**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BASTIDA, JOSE LUIS § Case No. 10-32308
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 21, 2010. The undersigned trustee was appointed on April 12, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    5,460.02

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 10.39 |
| Bank service fees | 190.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 5,259.63 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/15/2010 and the deadline for filing governmental claims was 12/15/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,296.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,296.00, for a total compensation of $1,296.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/11/2015                By: /s/THOMAS E. SPRINGER, TRUSTEE
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# FORM 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-32308  
**Case Name:** BASTIDA, JOSE LUIS

**Period Ending:** 08/11/15

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 07/21/10 (f)  
**§341(a) Meeting Date:** 09/13/10  
**Claims Bar Date:** 12/15/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2310 Arrow Street Carpentersville, IL | 135,000.00 | 0.00 | | 0.00 | FA |
| 2 | 307 Fern Drive Island Lake, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 3 | 743 Navajo Drive Carpentersville, IL | 95,000.00 | 0.00 | | 0.00 | FA |
| 4 | Personal cash<br>    Personal cash | 60.00 | 0.00 | | 0.00 | FA |
| 5 | Checking accts Chase Bank & Bank of America<br>    Checking accts Chase Bank & Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Living room set, 2 bedroom setsw/mattresses,tabl<br>    Living room set, 2 bedroom setsw/mattresses,tables,lamps,kitchen set,entertainment center, TV, computer , snow blower & misc household items | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing apparel<br>    Wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8 | 3 rings, necklaces, 1 bracelet<br>    3 rings, necklaces, 1 bracelet | 400.00 | 0.00 | | 0.00 | FA |
| 9 | 1 digital camera<br>    1 digital camera | 50.00 | 0.00 | | 0.00 | FA |
| 10 | 401(k) OneAmerica Securities ,Inc, 433 N. Capito<br>    401(k) OneAmerica Securities ,Inc, 433 N. Capitol Ave, Indianapolis, IN 46204 | 865.23 | 0.00 | | 0.00 | FA |
| 11 | 1982 Chevrolet El Camino<br>    1982 Chevrolet El Camino | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | 1998 Plymouth Breeze<br>    1998 Plymouth Breeze | 375.00 | 0.00 | | 0.00 | FA |
| 13 | 2002 Oldsmobile Alero<br>    2002 Oldsmobile Alero | 1,750.00 | 0.00 | | 0.00 | FA |
| 14 | Home made trailer<br>    Home made trailer | 150.00 | 0.00 | | 0.00 | FA |
| 15 | 1999 Honda 250cc Motorcycle<br>    1999 Honda 250cc Motorcycle | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | Preferential transfer to Sylvestre Flores  (u) | 7,185.00 | 7,185.00 | | 5,460.02 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-32308
**Case Name:** BASTIDA, JOSE LUIS

**Period Ending:** 08/11/15

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 07/21/10 (f)
**§341(a) Meeting Date:** 09/13/10
**Claims Bar Date:** 12/15/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 16 Assets Totals (Excluding unknown values) | $375,335.23 | $7,185.00 | | $5,460.02 | $0.00 |

**Major Activities Affecting Case Closing:**

Debtor making payments on preferential transfer to Sylvester Flores (asset #16) Payments should be concluded by the end of 2014. Debtor stopped payments in 2014. Trustee contacted Debtor's attorney toadvise of remaining balance due of $1,285.00. (Debtor may have belief that amount due was paid in full) (case originally Trustee Myler's case)

**Initial Projected Date Of Final Report (TFR):** December 15, 2014     **Current Projected Date Of Final Report (TFR):** July 17, 2015 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-32308  
**Case Name:** BASTIDA, JOSE LUIS  

**Taxpayer ID #:** **-***4112  
**Period Ending:** 08/11/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********51 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/03/13 | {16} | JOSE L. BASTIDA | Payment on Citation of state court counter claim pursuant to Court Order entered 11/15/12. | 1241-000 | 400.00 | | 400.00 |
| 08/13/13 | {16} | JOSE L. BASTIDA | Payment on Citation of state court counter claim pursuant to Court Order entered 11/15/12. | 1241-000 | 600.00 | | 1,000.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 990.00 |
| 10/29/13 | {16} | CHARLES J. MYLER | Payment on Citation Turnover of funds from original trustee for all Jose Bastida payments received. | 1241-000 | 3,560.02 | | 4,550.02 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,540.02 |
| 11/13/13 | {16} | JOSE L. BASTIDA | Payment on Citation of state court counterclaim pursuant to Court Order entered 11/15/12. | 1241-000 | 500.00 | | 5,040.02 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,030.02 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,020.02 |
| 01/27/14 | {16} | JOSE L. BASTIDA | Payment on Citation of state court counterclaim pursuant to Court Order entered 11/15/12. | 1241-000 | 400.00 | | 5,420.02 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,410.02 |
| 02/11/14 | 1000 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 7.23 | 5,402.79 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,392.79 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,382.79 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,372.79 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,362.79 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,352.79 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,342.79 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,332.79 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,322.79 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,312.79 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,302.79 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,292.79 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,282.79 |
| 02/27/15 | 1001 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 3.16 | 5,279.63 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,269.63 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,259.63 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 5,259.63 | 0.00 |

Subtotals :   $5,460.02   $5,460.02

{} Asset reference(s)                                     Printed: 08/11/2015 11:26 AM   V.13.23

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-32308  
**Case Name:** BASTIDA, JOSE LUIS  

**Taxpayer ID #:** **-***4112  
**Period Ending:** 08/11/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********51 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 5,460.02 | 5,460.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,259.63 | |
| | | | **Subtotal** | | 5,460.02 | 200.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,460.02** | **$200.39** | |

{} Asset reference(s)                                                                                            Printed: 08/11/2015 11:26 AM    V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-32308  
**Case Name:** BASTIDA, JOSE LUIS  

**Taxpayer ID #:** **-***4112  
**Period Ending:** 08/11/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****934866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 5,259.63 | | 5,259.63 |
| | | | **ACCOUNT TOTALS** | | 5,259.63 | 0.00 | **$5,259.63** |
| | | | Less: Bank Transfers | | 5,259.63 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********51** | 5,460.02 | 200.39 | 0.00 |
| **Checking # ****934866** | 0.00 | 0.00 | 5,259.63 |
| | **$5,460.02** | **$200.39** | **$5,259.63** |

{} Asset reference(s)

Printed: 08/11/2015 11:26 AM V.13.23

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 15, 2010

**Case Number:** 10-32308  
**Debtor Name:** BASTIDA, JOSE LUIS

Page: 1

**Date:** August 11, 2015  
**Time:** 11:26:44 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $1,296.00 | $0.00 | 1,296.00 |
| 200 | Clerk of the US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Adversary filing fee; defered; 11-00023 | $250.00 | $0.00 | 250.00 |
| BOND 200 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Admin Ch. 7 | Blanket Bond # 016026455 | $10.39 | $10.39 | 0.00 |
| 1 610 | COMMERCE BANK<br>PO BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured | | $15,176.86 | $0.00 | 15,176.86 |
| 2 610 | CAPITAL ONE BANK (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $10,838.52 | $0.00 | 10,838.52 |
| 3 610 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $6,889.61 | $0.00 | 6,889.61 |
| 4 610 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>Seattle, WA 98121 | Unsecured | | $5,497.98 | $0.00 | 5,497.98 |
| 5 610 | PYOD LLC ITS SUCCESSORS AND ASSIGNS<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $6,277.78 | $0.00 | 6,277.78 |
| **<< Totals >>** | | | | 46,237.14 | 10.39 | 46,226.75 |

**TRUSTEE'S PROPOSED DISTRIBUTION**               Exhibit D

Case No.: 10-32308  
Case Name: BASTIDA, JOSE LUIS  
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**                              $         5,259.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $         0.00  
Remaining balance:                        $     5,259.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,296.00 | 0.00 | 1,296.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 10.39 | 10.39 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $     1,546.00  
Remaining balance:                                          $     3,713.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $         0.00  
Remaining balance:                                              $     3,713.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 3,713.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,680.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMMERCE BANK | 15,176.86 | 0.00 | 1,261.42 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 10,838.52 | 0.00 | 900.84 |
| 3 | CHASE BANK USA, N.A. | 6,889.61 | 0.00 | 572.63 |
| 4 | OPHRYS, LLC | 5,497.98 | 0.00 | 456.96 |
| 5 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 6,277.78 | 0.00 | 521.78 |

|  | Total to be paid for timely general unsecured claims: | $ | 3,713.63 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**