# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BASTIDA, JOSE LUIS § Case No. 10-32308
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/04/2015 in Courtroom 240, United States Courthouse,
Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed  / / _____    By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BASTIDA, JOSE LUIS   § Case No. 10-32308
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,460.02 |
| *and approved disbursements of* | $ 200.39 |
| *leaving a balance on hand of* [1] | $ 5,259.63 |
| **Balance on hand:** | $ 5,259.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,259.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,296.00 | 0.00 | 1,296.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 10.39 | 10.39 | 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,546.00 |
| Remaining balance: | $ 3,713.63 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,713.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,713.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,680.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMMERCE BANK | 15,176.86 | 0.00 | 1,261.42 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 10,838.52 | 0.00 | 900.84 |
| 3 | CHASE BANK USA, N.A. | 6,889.61 | 0.00 | 572.63 |
| 4 | OPHRYS, LLC | 5,497.98 | 0.00 | 456.96 |
| 5 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 6,277.78 | 0.00 | 521.78 |

Total to be paid for timely general unsecured claims: $ 3,713.63
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                            Case No. 10-32308-DRC
Jose Luis Bastida                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cgreen                Page 1 of 2       Date Rcvd: Aug 13, 2015
                              Form ID: pdf006             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2015.
db           +Jose Luis Bastida,    2310 Arrow Street,    Carpentersville, IL 60110-1202
aty          +Springer Brown, LLC,    Wheaton Executive Center,    400 S. County Farm Road,    Ste. 330,
               Wheaton, IL 60187-4547
15876873     +Bank of America Home Loan Servicing,    P.O. Box 650070,    Dallas, TX 75265-0070
15876876    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  CitiCards,    P.O. Box 688901,    Des Moines, IA 50368)
16226261      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC  28272-1083
15876874     +Capitol One,   P.O. Box 6492,    Carol Stream, IL 60197-6492
15876875     +Chase,   P.O. Box 15548,    Wilmington, DE 19886-5548
16227220      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15876877     +CitiMortgage, Inc.,    c/o Hauselman,Rappin,Olswang,    39 S. LaSalle St, Ste 1105,
               Chicago, IL 60603-1720
15876879     #+GMAC Mortgage,    P.O. Box 9001719,    Louisville, KY 40290-1719
15876880     +HSBC,   P.O. Box 5259,    Carol Stream, IL 60197-5259
15876881      Juniper Visa Card,    P.O. Box 13337,    Philadelphia, PA 19101-3337
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15876878     +E-mail/Text: bankruptcy@commercebank.com Aug 14 2015 00:59:18     Commerce Bank,
               P.O. Box 410857,    Kansas City, MO 64141-0857
16167352      E-mail/Text: bankruptcy@commercebank.com Aug 14 2015 00:59:18     Commerce Bank,
               PO BOX 419248,    KCREC-10,    Kansas City, MO 64141-6248
16311210     +E-mail/Text: bncmail@w-legal.com Aug 14 2015 00:59:39      OPHRYS, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
16519668     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2015 01:16:06
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2015 at the address(es) listed below:
         Charles J Myler   on behalf of Plaintiff Charles J Myler cmyler@mrmlaw.com,  IL57@ecfcbis.com
         Charles J Myler   on behalf of Trustee Charles J Myler cmyler@mrmlaw.com,  kmyler@mrmlaw.com
         Cynthia J Briscoe    on behalf of Debtor Jose Luis Bastida briscoelaw@earthlink.net
         Jose G Moreno    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
          Association nd-one@il.cslegal.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Richard G Larsen    on behalf of Trustee Charles J Myler rlarsen@springerbrown.com,
          jkrafcisin@springerbrown.com;iprice@springerbrown.com
         Steven R Rappin    on behalf of Creditor   CitiMortgage, Inc. dolswang@hrolaw.com,
          rarredondo@hrolaw.com
         Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
          jkrafcisin@springerbrown.com
```

```
District/off: 0752-1           User: cgreen              Page 2 of 2                   Date Rcvd: Aug 13, 2015
                               Form ID: pdf006           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Thomas E Springer    tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.com

TOTAL: 9