# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: BASTIDA, JOSE LUIS | § | Case No. 10-32308 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $368,150.23 <br> *(without deducting any secured claims)* | Assets Exempt: $21,625.23 |
| Total Distribution to Claimants: $3,713.63 | Claims Discharged <br> Without Payment: $40,967.12 |
| Total Expenses of Administration: $1,746.39 | |

3)  Total gross receipts of $     5,460.02     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $5,460.02 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,746.39 | 1,746.39 | 1,746.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,243.38 | 44,680.75 | 44,680.75 | 3,713.63 |
| **TOTAL DISBURSEMENTS** | $36,243.38 | $46,427.14 | $46,427.14 | $5,460.02 |

4)  This case was originally filed under Chapter 7 on July 21, 2010. The case was pending for 63 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/29/2015            By:  /s/THOMAS E. SPRINGER, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential transfer to Sylvestre Flores | 1241-000 | 5,460.02 |
| **TOTAL GROSS RECEIPTS** | | $5,460.02 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,296.00 | 1,296.00 | 1,296.00 |
| Clerk of the US Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.39 | 10.39 | 10.39 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,746.39 | $1,746.39 | $1,746.39 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | COMMERCE BANK | 7100-000 | 14,374.22 | 15,176.86 | 15,176.86 | 1,261.42 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 9,372.68 | 10,838.52 | 10,838.52 | 900.84 |
| 3 | CHASE BANK USA, N.A. | 7100-000 | 6,590.65 | 6,889.61 | 6,889.61 | 572.63 |
| 4 | OPHRYS, LLC | 7100-000 | N/A | 5,497.98 | 5,497.98 | 456.96 |
| 5 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 5,905.83 | 6,277.78 | 6,277.78 | 521.78 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $36,243.38 | $44,680.75 | $44,680.75 | $3,713.63 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 10-32308 | **Trustee:** (330640)    THOMAS E. SPRINGER, TRUSTEE |
| **Case Name:** BASTIDA, JOSE LUIS | **Filed (f) or Converted (c):** 07/21/10 (f) |
| | **§341(a) Meeting Date:** 09/13/10 |
| **Period Ending:** 10/29/15 | **Claims Bar Date:** 12/15/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2310 Arrow Street Carpentersville, IL | 135,000.00 | 0.00 | | 0.00 | FA |
| 2 | 307 Fern Drive Island Lake, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 3 | 743 Navajo Drive Carpentersville, IL | 95,000.00 | 0.00 | | 0.00 | FA |
| 4 | Personal cash<br>    Personal cash | 60.00 | 0.00 | | 0.00 | FA |
| 5 | Checking accts Chase Bank & Bank of America<br>    Checking accts Chase Bank & Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Living room set, 2 bedroom setsw/mattresses,tabl<br>    Living room set, 2 bedroom<br>    setsw/mattresses,tables,lamps,kitchen<br>    set,entertainment center, TV, computer , snow blower<br>    & misc household items | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing apparel<br>    Wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8 | 3 rings, necklaces, 1 bracelet<br>    3 rings, necklaces, 1 bracelet | 400.00 | 0.00 | | 0.00 | FA |
| 9 | 1 digital camera<br>    1 digital camera | 50.00 | 0.00 | | 0.00 | FA |
| 10 | 401(k) OneAmerica Securities ,Inc, 433 N. Capito<br>    401(k) OneAmerica Securities ,Inc, 433 N. Capitol<br>    Ave, Indianapolis, IN 46204 | 865.23 | 0.00 | | 0.00 | FA |
| 11 | 1982 Chevrolet El Camino<br>    1982 Chevrolet El Camino | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | 1998 Plymouth Breeze<br>    1998 Plymouth Breeze | 375.00 | 0.00 | | 0.00 | FA |
| 13 | 2002 Oldsmobile Alero<br>    2002 Oldsmobile Alero | 1,750.00 | 0.00 | | 0.00 | FA |
| 14 | Home made trailer<br>    Home made trailer | 150.00 | 0.00 | | 0.00 | FA |
| 15 | 1999 Honda 250cc Motorcycle<br>    1999 Honda 250cc Motorcycle | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | Preferential transfer to Sylvestre Flores  (u) | 7,185.00 | 7,185.00 | | 5,460.02 | FA |

Printed: 10/29/2015 01:37 PM    V.13.25

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| Case Number: | 10-32308 | Trustee: | (330640) | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | BASTIDA, JOSE LUIS | Filed (f) or Converted (c): | 07/21/10 (f) | |
| | | §341(a) Meeting Date: | 09/13/10 | |
| Period Ending: 10/29/15 | | Claims Bar Date: | 12/15/10 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Assets  Totals (Excluding unknown values) | $375,335.23 | $7,185.00 | | $5,460.02 | $0.00 |

**Major Activities Affecting Case Closing:**

Debtor making payments on preferential transfer to Sylvester Flores (asset #16) Payments should be concluded by the end of 2014. Debtor stopped payments in 2014. Trustee contacted Debtor's attorney toadvise of remaining balance due of $1,285.00. (Debtor may have belief that amount due was paid in full) (case originally Trustee Myler's case)

Initial Projected Date Of Final Report (TFR):   December 15, 2014        Current Projected Date Of Final Report (TFR):   July 17, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-32308 | **Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Case Name:** BASTIDA, JOSE LUIS | **Bank Name:** ASSOCIATED BANK |
| | **Account:** ********51 - Checking Account |
| **Taxpayer ID #:** **-***4112 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 10/29/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/03/13 | {16} | JOSE L. BASTIDA | Payment on Citation of state court counter claim pursuant to Court Order entered 11/15/12. | 1241-000 | 400.00 | | 400.00 |
| 08/13/13 | {16} | JOSE L. BASTIDA | Payment on Citation of state court counter claim pursuant to Court Order entered 11/15/12. | 1241-000 | 600.00 | | 1,000.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 990.00 |
| 10/29/13 | {16} | CHARLES J. MYLER | Payment on Citation Turnover of funds from original trustee for all Jose Bastida payments received. | 1241-000 | 3,560.02 | | 4,550.02 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,540.02 |
| 11/13/13 | {16} | JOSE L. BASTIDA | Payment on Citation of state court counterclaim pursuant to Court Order entered 11/15/12. | 1241-000 | 500.00 | | 5,040.02 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,030.02 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,020.02 |
| 01/27/14 | {16} | JOSE L. BASTIDA | Payment on Citation of state court counterclaim pursuant to Court Order entered 11/15/12. | 1241-000 | 400.00 | | 5,420.02 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,410.02 |
| 02/11/14 | 1000 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 7.23 | 5,402.79 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,392.79 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,382.79 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,372.79 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,362.79 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,352.79 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,342.79 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,332.79 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,322.79 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,312.79 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,302.79 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,292.79 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,282.79 |
| 02/27/15 | 1001 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 3.16 | 5,279.63 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,269.63 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,259.63 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 5,259.63 | 0.00 |

| | | | Subtotals : | $5,460.02 | $5,460.02 |
|---|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-32308 |
| Case Name: | BASTIDA, JOSE LUIS |
| | |
| Taxpayer ID #: | **-***4112 |
| Period Ending: | 10/29/15 |

| | |
|---|---|
| Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
| Bank Name: | ASSOCIATED BANK |
| Account: | ********51 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5,460.02 | 5,460.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,259.63 | |
| | | | Subtotal | | 5,460.02 | 200.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,460.02 | $200.39 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 10-32308 | |
| **Case Name:** | BASTIDA, JOSE LUIS | |
| **Taxpayer ID #:** | **-***4112 | |
| **Period Ending:** | 10/29/15 | |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****934866 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 5,259.63 | | 5,259.63 |
| 09/11/15 | 10101 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $1,296.00, Trustee Compensation; Reference: | 2100-000 | | 1,296.00 | 3,963.63 |
| 09/11/15 | 10102 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 3,713.63 |
| 09/11/15 | 10103 | COMMERCE BANK | Dividend paid  8.31% on $15,176.86; Claim# 1; Filed: $15,176.86; Reference: | 7100-000 | | 1,261.42 | 2,452.21 |
| 09/11/15 | 10104 | CAPITAL ONE BANK (USA), N.A. | Dividend paid  8.31% on $10,838.52; Claim# 2; Filed: $10,838.52; Reference: | 7100-000 | | 900.84 | 1,551.37 |
| 09/11/15 | 10105 | CHASE BANK USA, N.A. | Dividend paid  8.31% on $6,889.61; Claim# 3; Filed: $6,889.61; Reference: | 7100-000 | | 572.63 | 978.74 |
| 09/11/15 | 10106 | OPHRYS, LLC | Dividend paid  8.31% on $5,497.98; Claim# 4; Filed: $5,497.98; Reference: | 7100-000 | | 456.96 | 521.78 |
| 09/11/15 | 10107 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | Dividend paid  8.31% on $6,277.78; Claim# 5; Filed: $6,277.78; Reference: | 7100-000 | | 521.78 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,259.63 | 5,259.63 | $0.00 |
| Less: Bank Transfers | 5,259.63 | 0.00 | |
| **Subtotal** | 0.00 | 5,259.63 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$5,259.63** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********51** | 5,460.02 | 200.39 | 0.00 |
| **Checking # ****934866** | 0.00 | 5,259.63 | 0.00 |
| | $5,460.02 | $5,460.02 | $0.00 |

{} Asset reference(s)